| | | | |
|---|---|---|---|
| Com. v. Sanchez | 2028 MDA 2015 Affirmed | 10/06/2016 | CP–67–CR–0001621–2006 (York) |
| Com. v. Bodden | 2085 MDA 2015 Affirmed | 10/06/2016 | CP–36–CR–0004373–2014 (Lancaster) |
| Com. v. Harper | 60 MDA 2016 Affirmed Application to Withdraw as Counsel Granted | 10/06/2016 | CP–22–CR–0000662–2013 (Dauphin) |
| Com. v. Smith | 352 MDA 2016 Affirmed | 10/06/2016 | CP–49–CR–0001279–2014 (Northumberland) |
| J.E.C. v. C.C.C. | 435 MDA 2016 Quashed | 10/06/2016 | CI–12–15695 (Lancaster) |
| Com. v. Miller | 465 MDA 2016 Affirmed | 10/06/2016 | CP–29–CR–0000160–2015 (Fulton) |
| Com. v. Nolasco | 538 MDA 2016 Affirmed Application to Withdraw as Counsel Granted | 10/06/2016 | CP–28–CR–0001028–2015 CP–28–CR–0001039–2015 (Franklin) |
| Com. v. Nolasco | 539 MDA 2016 Affirmed Application to Withdraw as Counsel Granted | 10/06/2016 | CP–28–CR–0001028–2015 CP–28–CR–0001039–2015 (Franklin) |
| In re Invol. Term. of Parental Rights to M.A.W., Jr. | 617 MDA 2016 Affirmed Application to Withdraw as Counsel Granted | 10/06/2016 | 84435 (Berks) |
| Com. v. Fernsler | 858 MDA 2016 Affirmed | 10/06/2016 | CP–38–CR–0002434–2007 (Lebanon) |
| Com. v. Wegemer[7] | 732 WDA 2015 Affirmed | 10/06/2016 | CP–25–CR–0002267–2011 (Erie) |
| Com. v. Barnes | 1156 WDA 2015 Affirmed | 10/06/2016 | CP–25–CR–0001766–2014 (Erie) |
| Com. v. Myers | 1464 WDA 2015 Affirmed Application to Withdraw as Counsel Granted | 10/06/2016 | CP–11–CR–0000810–2015 (Cambria) |

7. Petition for reargument denied December 02, 2016.